389 A.2d 689

Greathouse v. Blaw-Knox Foundry & Mill Machinery, Inc., et al., Appellants.

Submitted November 21, 1977, William M. Wycoff, and Thorp, Reed & Armstrong, for appellants; Thomas D. MacMullan, for appellee.

Decree affirmed.

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.